UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANI FELDMAN AND TAL DEKKERS,

           Plaintiff,

-against-

ZOETOP BUSINESS CO., LTD. d/b/a: SHEIN and ROMWE,

           Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/7/2022__

22 Civ. 2643 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letter dated June 6, 2022. ECF Nos. 19 and 20. Accordingly,

1. Defendants' request to file a motion to dismiss is GRANTED;
2. By **July 12, 2022**, Defendants shall file their motion to dismiss;
3. By **August 2, 2022**, Plaintiffs shall file their opposition;
4. By **August 16, 2022**, Defendants shall file their reply, if any.

    SO ORDERED.

Dated: June 7, 2022
       New York, New York

                                               ANALISA TORRES
                                        United States District Judge